NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADONIS BERLE WHITBY,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3009

---

Petition for review of the Merit Systems Protection Board in case no. AT0842100562-I-1.

---

## ON MOTION

---

## ORDER

Adonis Berle Whitby moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

NOV 3 0 2010
Date

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Adonis Berle Whitby
K. Elizabeth Witwer, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 3 0 2010

JAN HORBALY
CLERK